| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on November 7, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for Fay Servicing, LLC as Servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-1<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | |
| IN RE:<br><br>Patricia A. Chabot<br>aka Patty A. Chabot<br><br>Debtors | CASE NO.: 17-35259<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Michael B. Kaplan<br><br>HEARING DATE:<br> November 5, 2019 at 9:00 AM |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages numbered two to three (2-3) is hereby **ORDERED**.

**DATED: November 7, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Fay Servicing, LLC as Servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-1, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 64 Park Avenue, Bayville, NJ 08721

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Fay Servicing, LLC as Servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee of MFRA Trust 2015-1, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 64 Park Avenue, Bayville, NJ 08721; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

~~**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $400.00 and costs in the amount of $181.00; and it is further~~

~~**ORDERED**, that the 14-day stay after entry of this Order, afforded by Fed. R. Bankr. Pr. 4001(a)(3) is hereby waived; and it is further~~

**ORDERED**, that the Co-Debtor stay against "Shirley A Chabot" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

**ORDERED**, that Movant is permitted to offer and provide Debtor(s) with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification,

refinance agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with the Debtor(s) without further order of the Court; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.