Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−35259−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. Chabot
   aka Patty A. Chabot
   64 Park Ave
   Bayville, NJ 08721−1719

Social Security No.:
   xxx−xx−4912

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/9/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: kmf

Jeanne Naughton
Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 17-35259-MBK
Patricia A. Chabot                                                       Chapter 13
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Jan 10, 2020
                              Form ID: 148              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             Patricia A. Chabot,    64 Park Ave,    Bayville, NJ 08721-1719
cr            +Fay Servicing LLC as servicer for Wilmington Trust,    Friedman Vartolo, LLP,
               85 Broad Street, Suite 501,    New York, NY 10004-1734
cr            +Fay Servicing, LLC,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
               New York, NY 10004-1734
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO USA HOLDINGS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
               Suite 100,    Mt. Laurel, NJ 08054-3437
517232134      Capital One Bank,    Attn: ARS National Services, Inc.,    PO Box 469046,
               Escondido, CA 92046-9046
517232136     #Diversified Consultants Inc.,    5120 Interchange Way,    Louisville, KY 40229-2160
517386372      Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
517232140      Ocean Orthopedic Ass.,    Attn: Michael R. Mazzoni,    1170 E Landis Ave,
               Vineland, NJ 08360-4216
517232141      Superior Court of New Jersey,    118 Washington St,    Toms River, NJ 08753-7626
517386373     +Wilmington Trust, National Association,,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
               Carrollton, TX 75006,    Wilmington Trust, National Association,,
               Fay Servicing, LLC 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517232133      EDI: CAPONEAUTO.COM Jan 11 2020 04:58:00     Capita One Auto Finance,   PO Box 60511,
               City of Industry, CA 91716-0511
517242078     +EDI: AISACG.COM Jan 11 2020 04:58:00     Capital One Auto Finance, a division of Capital On,
               AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517241754     +EDI: AISACG.COM Jan 11 2020 04:58:00     Capital One Auto Finance, c/o AIS Portfolio Servic,
               P.O. Box 4360,   Houston, TX 77210-4360
517232135      EDI: CAPITALONE.COM Jan 11 2020 04:58:00     Capital One Bank,   PO Box 71083,
               Charlotte, NC 28272-1083
517335168      EDI: BL-BECKET.COM Jan 11 2020 04:58:00     Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
517232137      EDI: BLUESTEM Jan 11 2020 04:58:00     Fingerhut Webbank,   6250 Ridgewood Rd,
               Saint Cloud, MN 56395-2001
517232138      EDI: AMINFOFP.COM Jan 11 2020 04:58:00     First Premier,   3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
517232139      E-mail/Text: bncnotices@becket-lee.com Jan 11 2020 00:31:07     Kohls/ Capital One,
               PO Box 3115,   Milwaukee, WI 53201-3115
517335186     +EDI: MID8.COM Jan 11 2020 04:58:00     Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
517272371     +EDI: JEFFERSONCAP.COM Jan 11 2020 04:58:00     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517272371     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 00:32:13     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517232142      EDI: WFFC.COM Jan 11 2020 04:58:00     Wells Fargo Home Mortgage,   PO Box 14411,
               Des Moines, IA 50306-3411
517291670      EDI: WFFC.COM Jan 11 2020 04:58:00     Wells Fargo USA Holdings, Inc.,
               c/o Wells Fargo Bank, N.A. as servicer,   Attn: Default Document Processing,
               1000 Blue Gentian Road, N9286-01Y,   Eagan MN 55121-7700
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              James Patrick Shay     on behalf of Creditor    WELLS FARGO USA HOLDINGS, INC. shay@bbs-law.com,
               jpshay@gmail.com
              Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jonathan C. Schwalb     on behalf of Creditor    Fay Servicing LLC as servicer for Wilmington Trust,
               National Association, not in its individual capacity, but solely as trustee for MFRA Trust
               2015-1 bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb     on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald     on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kurt E. Reinheimer     on behalf of Debtor Patricia A. Chabot kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO USA HOLDINGS, INC. nj.bkecf@fedphe.com
              Sherri Jennifer Smith     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```