| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Kurt E. Reinheimer, Esq. |
| Reinheimer & Reinheimer |
| 2494 Moore Road, Suite 4 |
| Toms River, New Jersey 08753 |
| 732-349-4650 |
| Attorney for Debtor |

Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 17-35259 |
| --- | --- | --- |
| Patricia Chabot, | Chapter: | 13 |
| | Hearing Date: | 1/8/2020 @ 9:00 a.m. |
| Debtor | Judge: | Michael B. Kaplan |

# ORDER ON MOTION/APPLICATION TO DISMISS/CONVERT CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: January 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

This matter having come before the Court on Motion/Application of Kurt Reinheimer, Esq. for Debtor, for an Order Dismissing/Converting Debtor's case, and good cause having been shown, it is hereby

**ORDERED** as follows:

☒ case is dismissed.

☐ case is converted to a proceeding under Chapter 7.

☐ case is converted to a proceeding under Chapter 11.

☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

    ☐ (a) payments to the Trustee shall continue in the amount of _____ dollars/month for an additional _____ months;

    ☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

    ☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payment, with Notice of the Certification to the debtor(s) and the debtor(s) attorney, if any, the within case shall be dismissed;

    ☐ (d) Other (ie, Counsel Fee Award or other relief to moving party)

_____
_____
_____

**Page 3**

Upon case dismissal/conversion, any funds held by the Chapter 13 Trustee from payments made on account of debtor(s) Plan, shall be disbursed to the Debtor(s), except as follows:

(a) $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b) $_____ to _____ (Creditor) for adequate protection payments pursuant to prior Order of the Court.

(c) Other: _____
_____
_____

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A. Chabot  
      Debtor

Case No. 17-35259-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          Patricia A. Chabot,   64 Park Ave,   Bayville, NJ   08721-1719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

         Albert Russo     docs@russotrustee.com  
         James Patrick Shay     on behalf of Creditor     WELLS FARGO USA HOLDINGS, INC. shay@bbs-law.com, jpshay@gmail.com  
         Jason Brett Schwartz     on behalf of Creditor     Capital One Auto Finance jschwartz@mesterschwartz.com  
         Jonathan C. Schwalb     on behalf of Creditor     Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bankruptcy@friedmanvartolo.com  
         Jonathan C. Schwalb     on behalf of Creditor     Fay Servicing, LLC bankruptcy@friedmanvartolo.com  
         Kevin Gordon McDonald     on behalf of Creditor     Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kurt E. Reinheimer     on behalf of Debtor Patricia A. Chabot kerrein66@comcast.net, G1659@notify.cincompass.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor     WELLS FARGO USA HOLDINGS, INC. nj.bkecf@fedphe.com  
         Sherri Jennifer Smith     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                             TOTAL: 11